PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 04, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD RAYMOND KLEIN, <br><br> Defendant. | CASE NO. 2:22-MJ-00173-KJN <br><br> **ORDER** |

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Complaint is dismissed against RICHARD RAYMOND KLEIN.  Any pending warrant against the above-captioned defendant is recalled.

Dated:  April 4, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE